UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| LEGACY CONSTRUCTION GROUP, INC., a Washington corporation, | ) ) ) | NO.  CV-05-0052-LRS |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| -vs- | ) ) | |
| OHIO CASUALTY INSURANCE COMPANY, a foreign corporation, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the stipulation of the parties (Ct. Rec. 15) filed October 25, 2005, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 1st day of November, 2005.

                                    *s/Lonny R. Suko*

                                    LONNY R. SUKO
                                    UNITED STATES DISTRICT JUDGE

ORDER - 1